LEONARDO LA MANNA, Respondent, v. CARMELA PACE, Individually and as Administratrix of the Estate of PASQUALE LUCCHESE, Deceased, et al., Appellants.— In an action to acquire a lien upon real property which descended to the heirs of an intestate who was indebted to plaintiff, order denying motion to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to appellants to answer within ten days from the entry of the order hereon. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.

EMILY T. LA MONTAGNE, Respondent, v. NORAMY REALTY CORP., Appellant.— Action for a declaratory judgment that a certain restrictive covenant is no longer effective, and to compel specific performance of a contract to purchase the two acres of land upon which the restriction was imposed by deed in 1896. Order denying defendant's motion to dismiss the complaint as insufficient reversed on the law, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, with leave to the plaintiff to serve an amended complaint within ten days from the entry of the order hereon. The contract made no mention of the restrictive covenant. The complaint contains no allegation that the covenant was intended to be purely personal to the grantor who imposed it in 1896. Nor is it alleged that that grantor or his heirs retained no neighboring lands when the contract in the instant case was made. The allegations of paragraph " IX " do not preclude the possibility that the covenant was imposed for the benefit of the grantor's remaining lands. (*Smith* v. *Terrell,* 268 App. Div. 885.) Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.

WILLIAM H. MEYERS, an Incompetent, by IRENE E. MEYERS, His Guardian ad Litem, Respondent, v. MARY M. CAMPBELL et al., as Executors of CATHERINE MEYERS, Deceased, Appellants.— Defendants appeal from an order denying their motion to strike out the amended complaint on the ground that it does not comply with the provisions of prior orders of the court. Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from the entry of the order hereon. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.

HAROLD W. MURRAY, Respondent, v. LAURA E. MURRAY, Appellant.— Appeal by defendant wife from an interlocutory judgment of divorce granted to the plaintiff husband. Interlocutory judgment unanimously affirmed, without costs. Appeal by defendant wife from an order denying her motion for counsel fee and disbursements to enable her to prosecute an appeal from the interlocutory judgment. Order unanimously affirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

LILLY POPOWITZ, as Administratrix of the Estate of HYMAN POPOWITZ, Deceased, et al., Respondents, v. JAKE GOODSTEIN et al., Defendants, and JOE GOODSTEIN, Appellant.— Action in negligence. Order granting plaintiffs' motion for examinations before trial affirmed, with ten dollars costs and disbursements, the examinations to proceed on five days' notice. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN A. HALLOWAY, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of a violation of section 225 of the Sanitary Code of the City of New York (failure to provide proper heat), reversed on the law and the facts, the information dismissed and the fine remitted. The guilt of the defendant was not established. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.